Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)
0:01CR00314-001(ADM)

DOCKET NO. (Receiving Court)

| NAME AND ADDRESS OF supervised releasee | DISTRICT | DIVISION | |
|---|---|---|---|
| Christopher Henry Lee<br>Atlanta, GA | MINNESOTA | | |
| | NAME OF SENTENCING JUDGE<br>Honorable Ann D. Montgomery | | |
| | DATES OF SUPERVISED RELEASE SUPERVISION | FROM<br>3/5/2001 | TO<br>3/4/2005 |

OFFENSE

Conspiracy to Commit Bank Fraud

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

June 8, 2004
Date

[signature]
Ann D. Montgomery United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/2/04
Effective Date

[signature]
United States District Judge

FILED NOV 04 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______